[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14399

_____

D.C. Docket No. 7:10-cv-02851-LSC


ROBERT A. DAVIS,
ELTON D. DAVIS,
ELTON DAVIS TRUCKING,

Plaintiffs - Appellants,

versus

AT&T, INC., et al.,

Defendants,

BELLSOUTH TELECOMMUNICATIONS, INC.,
d.b.a. AT&T Alabama,

Defendant - Appellee.


_____

No. 12-14839

_____

D.C. Docket No.  7:10-cv-02851-LSC

ROBERT A. DAVIS, et al.,

                                                      Plaintiffs,

CANAL INSURANCE COMPANY,

                                                      Intervenor - Appellant,

versus

AT&T, INC., et al.,

                                                      Defendants,

BELLSOUTH TELECOMMUNICATIONS, INC.,
d.b.a. AT&T Alabama,

                                                      Defendant - Appellee.

_____

Appeals from the United States District Court
for the Northern District of Alabama
_____

(August 26, 2013)

Before CARNES, Chief Judge, TJOFLAT, Circuit Judge, and MARRA,[*] District
Judge.

PER CURIAM:

    After considering the briefs and the relevant parts of the record, and hearing

oral argument, we affirm for the reasons set out on pages 18 through 24 of the

district court's opinion.

_____

[*] Honorable Kenneth A. Marra, United States District Judge for the Southern District of
Florida, sitting by designation.

2

**AFFIRMED.**